## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-3852-GW-AGRx | Date | August 30, 2024 |
|---|---|---|---|
| Title | *Los Angeles Waterkeeper v. Interplastic Corporation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On August 30, 2024, Plaintiff Los Angeles Waterkeeper filed a Notice of Tentative Settlement [12]. The Court sets an order to show re: settlement hearing for October 17, 2024 at 8:30 a.m. The parties are to file a notice of dismissal, or a joint status report by noon on October 15, 2024.

:

Initials of Preparer    JG